11 SEP 19 PM 12:04

AUSA

UNITED STATES DISTRICT COURT    TKR  DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE No: **'11 MJ 9391** |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8 U.S.C.§ 1324(a)(2)(B)(ii) |
| ) | Bringing In Illegal Aliens |
| Luis Alberto FONSECA ) | for financial gain (Felony) |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about September 17, 2011, within the Southern District of California, defendant, Luis Alberto FONSECA, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that one alien, namely, Griselda CASTANEDA-Sandoval, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien for the purpose on commercial advantage and private financial gain. In violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states this complaint is based on the attached Probable Cause Statement which is incorporated herein by reference.

_____
Ismael Juarez, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF SEPTEMBER 2011.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2            v.
   Luis Alberto FONSECA
3

4                    PROBABLE CAUSE STATEMENT

5
        I, Customs and Border Protection Enforcement Officer
6  Margarita Carter, declare under penalty of perjury, the following
7  is true and correct:
8       On September 17, 2011, at approximately 1:20 p.m., Luis
9  Alberto FONSECA (FONSECA) and Griselda CASTANEDA-Sandoval
   (CASTANEDA) applied for entry at the Calexico, California West
10 Port of Entry Pedestrian Primary.
11
        During primary inspection, CASTANEDA gave a negative
12 Customs declaration to the primary United States Customs and
13 Border Protection Officer (CBPO) Noriega. CASTANEDA presented
14 a DSP-150 Border Crossing card with a name and photo not
   belonging to her as her entry document. CASTANEDA stated she
15 resided in Mexicali, Mexico and was going shopping in Calexico.
16 CBPO Noriega suspected fraud and escorted CASTANEDA to
17 Pedestrian Secondary for further inspection. CBPO Noriega
18 returned to his primary pedestrian lane and continued to
19 inspect FONSECA. FONSECA gave a negative Customs declaration
20 and stated he was a United States citizen. FONSECA further
21 stated his documents had been stolen in Mexico. At this time
   CBPO Noriega escorted FONSECA to pedestrian secondary for
22 further inspection.
23
        In Pedestrian Secondary, United States Customs and Border
24 Protection Officer (CBPO) Gomez encountered FONSECA and
25 CASTANEDA (Material Witness). Routine record checks were
26 conducted revealing CASTANEDA was an imposter to a counterfeit
27 DSP-150 card. Records confirmed FONSECA is an alien, native,
   and citizen of Mexico, with no legal documents to enter into or
28

be in the United States. Routine record checks also revealed FONSECA had previous apprehensions for alien and narcotic smuggling. At this time FONSECA and CASTANEDA were escorted to the Port Enforcement Team for further investigation.

FONSECA was advised of his rights per Miranda in the Spanish language. FONSECA stated he understood his rights and was willing to answer questions without the presence of an attorney. FONSECA admitted he was smuggling CASTANEDA in the Unites States and was to receive a payment of $200.00 dollars if successful. FONSECA stated he received a call from a friend "Martin" who offered him a job to make some money. FONSECA admitted he had attempted smuggling undocumented aliens for "Martin" before and knew what he was offering him. FONSECA stated he was in need of money and accepted the job. FONSECA stated "Martin" and him drove to a shopping plaza in Mexicali yesterday and picked up CASTANEDA. FONSECA further stated "Martin" dropped CASTANEDA and him at a stash house to wait until it was time to attempt the illegal entry. FONSECA admitted while at the stash house he instructed CASTANEDA what to do and reviewed the biographical information she needed to memorize. FONSECA stated the next day CASTANEDA and him were taken near the port of entry were he motioned her to follow him and enter the building to attempt entry into the United States. FONSECA admitted he told CASTANEDA if successful he would be outside of the building waiting for her. FONSECA admitted he knew CASTANEDA had no legal documents to enter into the United States. FONSECA further admitted he knew it was illegal to enter in the matter CASTANEDA did. FONSECA also admitted he had smuggled before and had been doing it for approximately three years. FONSECA stated if successful in the smuggling attempt today he was to meet CASTANEDA outside and turn her over to someone else.

CASTANEDA stated that she is a citizen of Mexico with no legal documents to enter, reside, pass through or be lawfully

employed in the United States. CASTANEDA admitted she was attempting to enter the United States with a fake document. CASTANEDA stated that her family made the smuggling arraignments and were to pay $4000.00 dollars if successful. CASTANEDA stated an unknown male by the name of "Luis" assisted her in her illegal attempt into the United States. CASTANEDA stated "Luis" reviewed the biographical information on the document in preparation of her illegal attempt. CASTANEDA also stated FONSECA instructed her to follow closely behind in line at the port of entry. CASTANEDA was shown a six pack photo line up and was able to identify photo #6, FONSECA as "Luis". CASTANEDA stated FONSECA instructed her to meet him outside of the building on the corner if successful in the attempt. CASTANEDA stated her final destination was Los Angeles, CA to reunite with her family.

Material Witness:

| Name | Country of Birth |
|---|---|
| Griselda CASTANEDA-Sandoval | Mexico |

Further, the complainant states that she believes said alien is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and she is material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

//
//
//

//

Executed on September 18, 2011, at approximately 8:00 P.M.

_____
Margarita Cater, CBP
Enforcement Officer

On the basis of the facts presented in the Probable Cause statement consisting of four pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 17, 2011 in the violation of Title 8, United States Code, § 1324.

_____                9/18/11   9:20 P.M.
HON. BERNARD G. SKOMAL                         Date and Time
UNITED STATES MAGISTRATE JUDGE